UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EARLY CONEY,

    Plaintiff,

v.                                      Case No: 8:22-cv-122-CEH-AEP

JASON FOWLER, G. NELSON,
JAMES BRADFORD, RICK A. LOTT,
MARK BUSWELL and W.
HARVESTER,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on May 4, 2022 (Doc. 12). In the Report and Recommendation, Magistrate Judge Porcelli recommends that: (1) Defendants' Motion for More Definite Statement (Doc. 9) be granted, and Plaintiff's Complaint (Doc. 1-2) be dismissed without prejudice as a shotgun pleading; and (2) Plaintiff be granted leave to file an amended complaint. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 12) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendants' Motion for More Definite Statement (Doc. 9) is GRANTED.

(3) Plaintiff's Complaint (Doc. 1-2) is DISMISSED, without prejudice, as a shotgun pleading.

(4) Plaintiff is granted leave to file an amended complaint within **TWENTY-ONE (21) DAYS** from the date of this Order. Failure to file an amended complaint within the time permitted will result in this matter being dismissed without further notice of the Court.

**DONE AND ORDERED** at Tampa, Florida on May 24, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record